101 A.3d 98

**Gregory STOVER, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA., Respondent.**

**No. 112 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 29, 2014.

**ORDER**

PER CURIAM.

**AND NOW,** this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**